think this can be done. It is an accord and satisfaction, fully executed, and cannot be taken back without some other reason than mere dissatisfaction.

Judgment affirmed.

---

CARHART & BROTHER, plaintiffs in error, *vs.* M. E. PARAMORE, defendant in error.

The plaintiffs in the suit having resided out of the State at the making of the contract, and continuously since, there were no legal taxes due this State upon the same, and the affidavit was unnecessary that all legal taxes had been paid.

Relief Act of 1870. Before Judge HARVEY. Floyd Superior Court. May Term, 1871.

Carhart & Brother sued Paramore upon his note, made in 1861. It was admitted that plaintiffs, at the making of the note, and ever since, had been citizens of New York, and defendant a citizen of Georgia. Plaintiffs kept actual possession of the note till 1869, when they sent to their attorneys in Georgia. Because plaintiffs had filed no affidavit of the payment of taxes on said claim, the Court dismissed the suit. That is assigned as error.

ALEXANDER & WRIGHT, for plaintiffs in error.

SMITH & BRANHAM, for defendant.

McCAY, Judge.

This case stands upon the same ground as the case of *Collins vs. Miller*, from the Pataula Circuit, decided at this term, and is controlled by it.

Judgment reversed.